# UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-7280**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

KENNETH WAYNE WATFORD, a/k/a Abdul Abrams,

    Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, Senior District Judge.  (8:12-cr-00623-PJM-3)

Submitted:  February 21, 2019     Decided:  February 26, 2019

Before GREGORY, Chief Judge, and AGEE and DIAZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Kenneth Wayne Watford, Appellant Pro Se.  Elizabeth G. Wright, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Wayne Watford was convicted of numerous fraud and identity theft related crimes, and the district court sentenced him to 135 months' imprisonment. On direct appeal, we affirmed the convictions and sentence. *United States v. Watford*, 692 F. App'x 108, 112 (4th Cir. 2017) (No. 15-4637). Watford has now filed a second notice of appeal of the same criminal judgment. Because we previously affirmed this criminal judgment, we dismiss the appeal as duplicative. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

*DISMISSED*